CASE No. 06-14-00210-CR

Zackery Summage, Appellant      COURT OF CRIMINAL Appeals
V.      Austin, Texas
THE STATE OF TEXAS, Appellee

## PETITION FOR DISCRETIONARY REVIEW
### SEE Tex. R. App. P. 62.2(a)

Now comes Zackery Summage into the Court of Appeals entering a Petition for Discretionary Review in Accordance with Rule 62.2(a)

## I.

Pursuant to Texas Rule of Appellate Procedure 38.1(a), the following is a complete list of all parties to the trial court's judgement and name(s) & address(es) of Appellate:

APPELLANT:      APPELLANT: "PRO SE"
Zackery Summage      Zackery Summage
     SO# 105535 Jocket# 382576
     P.O. Box 70110 Shreveport, LA 71137-0110

APPELLEE:      APPELLANT'S TRIAL COUNSEL
THE STATE OF TEXAS      Mrs. CHERYL COOPER-SAMMONS
     P.O. Box 8517
     MARSHALL, TEXAS 75671

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 15 2015

Abel Acosta, Clerk

## II.

Now comes APPELLANT Zackery Summage Petitioning the Court of Appeals to Review his Discretionary Appeal on the Grounds of:

(A.) Appellant Contends that his Constitutional Right(s) to Due Process was Denied

(B.) Appellant Contends that the State of Texas in the 71st District of Harrison County Failed to Allow him to Face his Accuser: See: Constitutional Amendment 14

(C.) Appellant therefore Contends that his Entire Trial was Based upon Circumstantial Evidence only

(D.) Appellant also Contends that Circumstantial Evidence without Direct Evidence Constitutes Reasonable Doubt Based on Hearsay Denies the Appellant a Fair Trial. (Marin V. State. 851 S.W. 2d 275 Tex. Crim. App. 1993) Such Errors are Noted As Fundamental error. See: e.g. Brumit V. State, 206 S.W. 3d 639 (Tex. Crim. App. 2006)

## III.

### Standard of Review

See: PaPakostas V. State 145 S.W. 3d 723. 725 N.2 (Tex. App. Corpus Cristi 2004. No Pet.)

Appellant Contends the court should Review the Trials Courts Determination of Guilty as Charged in offence of Assault (of a Public Servant) Texas Penal Code 22.01. Due to the Fact that the Appellant Can Present Accurate Proof that He was Denied Due Process According to the Amendment 14 of the Constitution Being Given the Right to Face his Accuser(s)

Page 2

## IV.

APPELLANT CONCLUDES THAT IN THE MATTER BROUGHT FORTH FOR PETITION OF DISCRETIONARY REVIEW TO WIT STATE OF TEXAS V. ZACKERY SUMMAGE CAUSE NO. 14-0058X: IN THE 71st JUDICIAL DISTRICT COURT FOR HARRISON COUNTY, TEXAS; CASE NO. 06-14-0021 OCR IN THE SIXTH COURT OF APPEALS HAS SHOWN THAT THE COURT OF APPEALS SHOULD GRANT HIS PETITION DUE TO FACT OF DUE PROCESS WAS DENIED THAT IN ITSELF IS ENOUGH TO DENY THE APPELLANT A FAIR TRIAL. SEE (U.S. CONSTITUTION 14th AMENDMENT RIGHTS) ALSO SEE: HARMFUL ERROR VIA: (BLACK LAW DICTIONARY)

## PRAYER

WHEREFORE, PREMISES CONSIDERED, ZACKERY SUMMAGE RESPECTFULLY REQUEST THAT HIS LATE RECEPTION OF THE SIXTH COURT OF APPEALS' DECISION, DUE TO A CHANGE OF ADDRESS, BE CONSIDERED IF ANY DEADLINES MAYBE ENCROACHED UPON AND MOST OF ALL, THAT THIS CONVICTION BE REVERSED AND JUDGEMENT RENDERED IN HIS FAVOR, THAT THE DECISION BE REVERSED AND A NEW TRIAL GRANTED, OR FOR SUCH OTHER AND FURTHER RELIEF TO WHICH APPELLANT MAY BE ENTITLED.

RESPECTFULLY SUBMITTED

BY: X _____

ZACKERY SUMMAGE

"PRO SE" APPELLANT

CADDO CORRECTIONAL CENTER
P.O. BOX 70110
SHREVEPORT LA 71137-0110

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY ON DECEMBER 9, 2015 A TRUE AND CORRECT COPY OF THE FORGOING PETITION BY APPELLANT "PRO SE" HAS BEEN FOWARDED BY U.S. MAIL ON ALL COUNSEL OF RECORD AND INTERESTED PARTY LISTED BELOW:

APPELLANT
ZACKERY SUMMAGE
P.O. BOX 70110
SHREVEPORT LOUISIANA 71137-0110


COURT OF CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN TEXAS, 78711

ZACKERY SUMMAGE
X _____
APPELLANT "PRO SE"

PAGE 4

ZACKERY GUMMAGE
CADDO CORRECTIONAL CENTER
So # 105535
JACKET # 382576
P.O. BOX 70110
SHREVEPORT, LA 71137-0110

SHREVEPORT LA 710
11 DEC 2015 PM 3 L

USA

787112308O8

CLERK OF COURT OF
CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN, TEXAS 78711

